B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pompura, Gregory M.** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Greg Pompura** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-0847** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**7315 Fall Creek Bend<br>Humble, TX** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP CODE **77396** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE | ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed   (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

### Filing Fee   (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**            **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 10.0.13.1, ID 3500448709)*

B1 (Official Form 1) (04/13) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Gregory M. Pompura** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: <br> **Eastern District of Michigan** | Case Number: <br> **09-58563** | Date Filed: <br> **6/12/2009** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** /s/ Nicholas R. Westbrook      6/26/2014 <br>      **Nicholas R. Westbrook**        Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br>      ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition. <br><br> If this is a joint petition: <br>      ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br><br> _____ <br> (Address of landlord) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s):   **Gregory M. Pompura** |
| *(This page must be completed and filed in every case)* | |

### Signatures

<table>
<tr>
<td valign="top" width="50%">

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.


**X**  /s/ Gregory M. Pompura
_____
**Gregory M. Pompura**

**X**
_____


_____
Telephone Number (If not represented by attorney)

**6/26/2014**
_____
Date

</td>
<td valign="top" width="50%">

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.


**X**
_____
(Signature of Foreign Representative)


_____
(Printed Name of Foreign Representative)


_____
Date

</td>
</tr>
<tr>
<td valign="top">

**Signature of Attorney\***

**X**  /s/ Nicholas R. Westbrook
_____
**Nicholas R. Westbrook**          Bar No. **24042141**

**Westbrook Law Firm, PLLC**
**24 E. Greenway Plaza, Suite 1705**
**Houston, Texas 77046**


Phone No.**(281) 888-5581**          Fax No.**(281) 888-5586**

**6/26/2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td valign="top">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.


_____
Printed Name and title, if any, of Bankruptcy Petition Preparer


_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

</td>
</tr>
<tr>
<td valign="top">

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.


**X**
_____
Signature of Authorized Individual


_____
Printed Name of Authorized Individual


_____
Title of Authorized Individual


_____
Date

</td>
<td valign="top">

Address
**X**
_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 10.0.13.1, ID 3500448709)*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Gregory M. Pompura**                                    Case No. _____
                                                                                          (if known)

                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.     *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.     *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)      **UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Gregory M. Pompura**                                              Case No. _____

                                                                                            (if known)

                        Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐   4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be
accompanied by a motion for determination by the court.]*

☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to
be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable
effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of
11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Gregory M. Pompura** _____
                                        Gregory M. Pompura

Date: _____**6/26/2014**_____

B6A (Official Form 6A) (12/07)

In re  **Gregory M. Pompura**                                              Case No. _____

                                                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | **Total:** $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Gregory M. Pompura**                                  Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand $34.00 | - | $34.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Comerica Checking Account No. 9727 $.70 Comerica Savings Account No. 6439 $.08 | - | $0.78 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 2 Televisions $150 Entertainment Center $200 Stereo $50 DVD player $10 Telephone $25 Kitchen table $100 6 Kitchen Chairs $200 Scanner $40 Chair $50 End Table $25 Bed/Linens $50 Dishes $20 Pots/Pans $50 Dresser $50 2 Computers $200 Coffee Table $50 Night Table $50 | - | $1,320.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gregory M. Pompura**                                    Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books $50<br>CDs $50<br>DVDs $40 | - | $140.00 |
| 6. Wearing apparel. | | Debtor's Clothing $500<br>Debtor's Shoes $200 | - | $700.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Weights $40<br>Stair Master $100<br>Hockey Equipment $40 | - | $180.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Through Employer<br>Insured: Debtor<br>Beneficiary: Debtor's son<br>No Cash Value | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | 401k Through Employer $1,000.00 | - | $1,000.00 |
| | | Mandatory Retirement | - | $300.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gregory M. Pompura**                                      Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Through Employer<br>$300.00 | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gregory M. Pompura**                                        Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 Ford Fusion 18,000 Miles Lease Vehicle | - | $15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gregory M. Pompura**                                          Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | 1 Dog | - | $10.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                                              ____4____ continuation sheets attached          **Total  >** | **$18,684.78** |
            (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Gregory M. Pompura**                                      Case No. _____
                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                      $155,675.*

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash on Hand $34.00 | 11 U.S.C. § 522(d)(5) | $34.00 | $34.00 |
| Comerica Checking Account No. 9727 $.70 | 11 U.S.C. § 522(d)(5) | $0.78 | $0.78 |
| Comerica Savings Account No. 6439 $.08 | | | |
| 2 Televisions $150 Entertainment Center $200 Stereo $50 DVD player $10 Telephone $25 Kitchen table $100 6 Kitchen Chairs $200 Scanner $40 Chair $50 End Table $25 Bed/Linens $50 Dishes $20 Pots/Pans $50 Dresser $50 2 Computers $200 Coffee Table $50 Night Table $50 | 11 U.S.C. § 522(d)(3) | $1,320.00 | $1,320.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $1,354.78 | $1,354.78 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Gregory M. Pompura**                                   Case No. _____
                                                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Books $50<br>CDs $50<br>DVDs $40 | 11 U.S.C. § 522(d)(3) | $140.00 | $140.00 |
| Debtor's Clothing $500<br><br>Debtor's Shoes $200 | 11 U.S.C. § 522(d)(3) | $700.00 | $700.00 |
| Weights $40<br><br>Stair Master $100<br><br>Hockey Equipment $40 | 11 U.S.C. § 522(d)(3) | $180.00 | $180.00 |
| Term Through Employer<br>Insured: Debtor<br>Beneficiary: Debtor's son<br>No Cash Value | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| 401k Through Employer<br>$1,000.00 | 11 U.S.C. § 522(d)(12) | $1,000.00 | $1,000.00 |
| Mandatory Retirment<br>Through Employer<br>$300.00 | 11 U.S.C. § 522(d)(12) | $300.00 | $300.00 |
| 2013 Ford Fusion<br>18,000 Miles | 11 U.S.C. § 522(d)(2) | $0.00 | $15,000.00 |
| Lease Vehicle | 11 U.S.C. § 522(d)(5) | $0.00 | |
| 1 Dog | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| | | **$3,684.78** | **$18,684.78** |

B6D (Official Form 6D) (12/07)

In re  **Gregory M. Pompura**                                        Case No. _____
                                                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx3430**<br><br>**Conns Credit Corp**<br>**P.O. Box 2358**<br>**Beaumont, TX 77704** | | - | DATE INCURRED: **02/2012**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Bedroom set and Computer**<br>REMARKS:<br><br>VALUE: **$500.00** | | | | **$3,265.85** | **$2,765.85** |
| ACCT #:<br><br>**Ford Motor Credit Corporation**<br>**P.O. Box 6275**<br>**Dearborn, MI 48121** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2010 Ford Edge**<br>REMARKS:<br>**Debtor transferred title to John Siedlik**<br>**(Friend) in 2011**<br>**Loan in Debtor's Name**<br>**John Sidedlik Pays Loan Directly**<br>VALUE: **$0.00** | | | | **$3,480.00** | **$3,480.00** |
| ACCT #: **x8643**<br><br>**GE Capital / Nationwide Buying Group**<br>**ATTN: Bankruptcy**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **11/2011**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Couch, Chair, Table, Bar Stools**<br>REMARKS:<br>**Collections with NCC Business**<br>**Services, Inc.**<br><br>VALUE: **$770.00** | | | | **$2,856.79** | **$2,086.79** |
| ACCT #:<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Tax Lien**<br>REMARKS:<br><br>VALUE: **$3,750.00** | | | | **$3,750.00** | |

|  |  |  |
|---|---|---|
| Subtotal (Total of this Page) > | **$13,352.64** | **$8,332.64** |
| Total (Use only on last page) > | **$13,352.64** | **$8,332.64** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____**No**_____ continuation sheets attached

B6E (Official Form 6E) (04/13)

In re  **Gregory M. Pompura**                                    Case No. _____
                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**4**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Gregory M. Pompura**                                      Case No. _____
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Internal Revenue Service**<br>**P.O. Box 145566**<br>**Cincinnati, OH 45250** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $6,180.00 | $6,180.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___4___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $6,180.00 | $6,180.00 | $0.00 |

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont.

In re  **Gregory M. Pompura**

Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**1300 Main Street, Suite 425**<br>**Houston, Texas 77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Citations**<br>REMARKS: | | | | $902.20 | $902.20 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**2**____ of ____**4**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $902.20 | $902.20 | $0.00 |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | | |
| | Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/13) - Cont.

In re **Gregory M. Pompura**                                      Case No. _____
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Attorney General of Texas**<br>**ATTN: Child Support Division**<br>**P.O. Box 659791**<br>**San Antonio, TX 78265-9791** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Domestic Support Obligations**<br>REMARKS:<br>**Back child support** | | | | **$15,500.67** | **$15,500.67** | **$0.00** |
| ACCT #:<br>**Kelly Pompura-Waters**<br>**538 Scone Dr.**<br>**Troy, MI 48098** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Domestic Support Obligations**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**Michigan State Disbursement Unit**<br>**ATTN: Child Support**<br>**P.O. Box 30350**<br>**Lansing, MI 48909-7850** | | - | DATE INCURRED: **01/2004**<br>CONSIDERATION:<br>**Domestic Support Obligations**<br>REMARKS:<br>**Back child support** | | | | **$2,598.92** | **$2,598.92** | **$0.00** |
| ACCT #:<br>**Shaney Pompura**<br>**17418 Bear River Lane**<br>**Humble, Texas 77346** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Domestic Support Obligations**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _____**3**_____ of _____**4**_____ continuation sheets                    Subtotals (Totals of this page) >    | **$18,099.59** | **$18,099.59** | **$0.00** |
attached to Schedule of Creditors Holding Priority Claims

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont.

In re  **Gregory M. Pompura**

Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Westbrook Law Firm, PLLC** <br> **24 E. Greenway Plaza, Suite 1705** <br> **Houston, Texas 77046** | | - | DATE INCURRED: **06/11/2014** <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $2,900.00 | $2,900.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Sheet no. ___4___ of ___4___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals (Totals of this page) > | $2,900.00 | $2,900.00 | $0.00 |
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $28,081.79 | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $28,081.79 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **Gregory M. Pompura**                                     Case No. _____

                                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x6355**<br>**Ad Astra Recovery Services Inc.**<br>**8918 W 21st St. N.**<br>**Suite 200, PMB 112**<br>**Wichita, KS 67205** | | - | DATE INCURRED:  **03/2013**<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS:<br>**Collecting for Speedycash** | | | | **$659.10** |
| ACCT #:  **x6361**<br>**Ad Astra Recovery Services Inc.**<br>**8918 W 21st St. N.**<br>**Suite 200, PMB 112**<br>**Wichita, KS 67205** | | - | DATE INCURRED:  **03/2013**<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS:<br>**Collecting for Speedy Cash** | | | | **$657.87** |
| ACCT #:  **x8189**<br>**Advanta Bank Corp.**<br>**P.O. Box 31032**<br>**Tampa, FL 33631** | | - | DATE INCURRED:  **06/2012**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$851.16** |
| ACCT #:  **x6557**<br>**AFNI, Inc.**<br>**1310 Martin Luther King Dr.**<br>**P.O. Box 3517**<br>**Bloomington, IL 61702-3517** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for DirecTV** | | | | **Notice Only** |
| ACCT #:<br>**AFNI, Inc.**<br>**P.O. Box 78626**<br>**Phoenix, AZ 85062** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx8643**<br>**Allied Interstate**<br>**P.O. Box 4000**<br>**Warrenton, VA 20188** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for GE Capital** | | | | **Notice Only** |
| | | | Subtotal > | | | | **$2,168.13** |
| | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

_____**16**_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                          Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Allied Interstate**<br>7525 West Campus Rd.<br>New Albany, OH | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx4041**<br>**American Express**<br>P.O. Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | | - | DATE INCURRED:  **04/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **9255**<br>**Averill Accounting**<br>28345 Beck Rd.<br>Wixom, MI 48393 | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Accounting services** | | | | **$4,128.75** |
| ACCT #:  **xx2941**<br>**Bank of America**<br>P.O. Box 15168<br>Wilmington, DE 19850 | | - | DATE INCURRED:  **05/2003**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xx6574**<br>**Bank of America**<br>P.O. Box 982235<br>El Paso, TX 79998 | | - | DATE INCURRED:  **06/16/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Bay Area Credit Service**<br>P.O. Box 468269<br>Atlanta, GA 31146 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Wells Fargo** | | | | **Notice Only** |

Sheet no. ____1____ of ____16____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4,128.75**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx4776**<br>**Brennan & Clark LTD**<br>**721 E Madison St.**<br>**Villa Park, IL 60181** | | - | DATE INCURRED:  **03/2012**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Collecting for Safeco Liberty Mutual Group** | | | | **$216.00** |
| ACCT #:<br>**Butler, Butler & Rowse-Oberle, PLLC**<br>**ATTN: Karen Rowse-Oberle**<br>**24525 Harper Ave.**<br>**St. Claire Shores, MI 48080** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Attorneys for First Merit Bank f/k/a/ Citizens Bank**<br>**Adversary Case No. 09-58563-TJT** | | | | **Notice Only** |
| ACCT #:  **1697**<br>**Capital Management Services, LP**<br>**698 1/2 South Ogden Street**<br>**Buffalo, NY 14206-2317** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Credit One** | | | | **Notice Only** |
| ACCT #:  **x7575**<br>**Capital One**<br>**26525 N. Riverwoods Blvd.**<br>**Mettawa, IL 60045** | | - | DATE INCURRED:  **06/16/2001**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Capital One**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx1001**<br>**Capital One Auto Finance**<br>**3905 N Dallas Pkwy**<br>**Plano, TX 75093** | | - | DATE INCURRED:  **10/2010**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Prior Automobile** | | | | **$0.00** |

Sheet no. ____**2**____ of ____**16**____ continuation sheets attached to    Subtotal >    **$216.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
                                    (Use only on last page of the completed Schedule F.)
                          (Report also on Summary of Schedules and, if applicable, on the
                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                         Case No. _____

                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8300**<br>**Capital One Bank**<br>**ATTN: Bankruptcy Dept.**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **06/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**In collections with Nelson, Watson & Associates, LLC** | | | | $2,522.86 |
| ACCT #:  **x8747**<br>**Capital One Bank**<br>**ATTN: Bankruptcy Dept.**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **08/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,335.00 |
| ACCT #:  **x4560**<br>**Capital One/ Best Buy**<br>**50 Northwest Point Road**<br>**Elk Grove Village, IL 60007** | | - | DATE INCURRED:  **02/08/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxxx9682**<br>**Capital One/Neiman Marcus**<br>**26525 N Riverwoods Blvd.**<br>**Mettawa, IL 60045** | | - | DATE INCURRED:  **10/27/2003**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **8189**<br>**Carson Smithfield, LLC**<br>**P.O. Box 9216**<br>**Old Bethpage, NY 11804** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Original Creditor Advanta Bank Corp**<br>**New Creditor Advanta Credit Cards**<br>**Collections** | | | | **Notice Only** |
| ACCT #:  **x2431**<br>**Cash Call, Inc.**<br>**1 City Blvd W.**<br>**Orange, CA 92868** | | - | DATE INCURRED:  **03/2012**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS:<br>**Sold account to National Credit Adjusters** | | | | **Notice Only** |

Sheet no. ____**3**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $4,857.86

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**CBE Group**<br>**1309 Technology Parkway**<br>**Cedar Falls, IA 50613** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for DirecTV** | | | | **Notice Only** |
| ACCT #: **8075**<br>**CCB Credit Services**<br>**P.O. Box 272**<br>**Springfield, IL 62705** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for First Premier Bank** | | | | **Notice Only** |
| ACCT #: **xx6970**<br>**Centerpoint**<br>**ATTN: Bankruptcy Dept**<br>**P.O. Box 1700**<br>**Houston, TX 77251** | | - | DATE INCURRED: **12/2011**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$499.81** |
| ACCT #:<br>**Centerpoint Energy**<br>**P.O. Box 2628**<br>**Houston, Texas 77252** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **x1860**<br>**CFM Emergency Care Specialists**<br>**P.O. Box 3401, Dept 5**<br>**Houston, Texas 77253** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$274.75** |
| ACCT #: **x1267**<br>**CFM Interest, LTD**<br>**d/b/a Texas ER Care**<br>**P.O. Box 3401, Dept 10**<br>**Houston, Texas 77253** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$185.00** |

Sheet no. ____4____ of ____16____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$959.56**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory M. Pompura**                                      Case No. _____

                                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x1860**<br>**CFM Interests, LTD**<br>**d/b/a Texas ER Care**<br>**P.O. Box 3401, Dept 10**<br>**Houston, Texas 77253** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$511.20** |
| ACCT #:  **x0600**<br>**Chase Manhattan Mortgage**<br>**P.O. Box 24696**<br>**Columbus, OH 43224** | | - | DATE INCURRED:  **06/2001**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xx0485**<br>**Citi Flex**<br>**c/o Centralized Bankruptcy**<br>**P.O. box 6003**<br>**The Lakes, NV 88901** | | - | DATE INCURRED:  **06/2008**<br>CONSIDERATION:<br>**Credit Line**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **x0804**<br>**City First Bank**<br>**ATTN: Collections**<br>**525 Water St.**<br>**Port Huron, MI 48060** | | - | DATE INCURRED:  **08/2004**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**City of Houston Municipal Court**<br>**P.O. Box 4996**<br>**Houston, Texas 77210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **3939**<br>**Comcast**<br>**P.O. Box 660618**<br>**Dallas, Texas 75266** | | - | DATE INCURRED:  **07/2013**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$2,345.50** |

Sheet no. ____**5**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$2,856.70**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                  Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Conn's**<br>**3295 College Street**<br>**Beaumont, Texas 77701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **5894**<br>**Convergent Outsourcing, Inc.**<br>**800 SW 39th Street**<br>**P.O. Box 9004**<br>**Renton, WA 98057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Reliant Energy** | | | | **Notice Only** |
| ACCT #:  **x5375**<br>**Credit Collection Services**<br>**Two Wells Ave.**<br>**Newton, MA 02459** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Farmers Insurance Group** | | | | **Notice Only** |
| ACCT #:<br>**Credit One**<br>**P.O. Box 60500**<br>**City of Industry, CA 91716-0500** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx1697**<br>**Credit One Bank**<br>**P.O. Box 98873**<br>**Las Vegas, NV 89193** | | - | DATE INCURRED:  **07/07/2011**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Old Creditor**<br>**New Creditor: MSW Capital LLC** | | | | **Notice Only** |
| ACCT #:  **3228**<br>**Credit Protection Associates**<br>**ATTN: Bankruptcy**<br>**P.O. Box 802068**<br>**Dallas, TX 75380** | | - | DATE INCURRED:  **12/2013**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Comcast** | | | | **Notice Only** |

Sheet no. ___**6**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x6557**<br>**DirecTV**<br>**P.O. Box 78626**<br>**Phoenix, AZ 85062** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $792.99 |
| ACCT #:  **x2697**<br>**DirecTV**<br>**1309 Technology Parkway**<br>**Cedar Falls, IA 50613** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $1,154.16 |
| ACCT #:  **x5375**<br>**Farmers Insurance Group**<br>**P.O. Box 55126**<br>**Boston, MA 02205** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $15.50 |
| ACCT #:  **x9758**<br>**Fifth Third Bank**<br>**ATTN: Bankruptcy Department**<br>**1830 East Paris Ave. SE**<br>**Grand Rapids, MI 49546** | | - | DATE INCURRED:  **03/21/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xx1231**<br>**First Choice Emergency**<br>**P.O. Box 841047**<br>**Dallas, Texas 75284** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,374.00 |
| ACCT #:  **x6970**<br>**First Collection Services**<br>**10925 Oatter Creek E. Blvd.**<br>**Mabelvale, AR 72103** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Centerpoint** | | | | **Notice Only** |

Sheet no. ____**7**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $3,336.65

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                    Case No. _____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**First Collection Services**<br>**10925 Otter Creek E Blvd**<br>**Mabelvale, AR 72013** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x0001**<br>**First Merit Bank f/k/a Citizens Bank**<br>**328 S Saginaw St.**<br>**Flint, MI 48502** | | - | DATE INCURRED:  **03/2007**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**First Merit Bank f/k/a Citizens Bank**<br>**c/o Attorney Karen Rowse-Oberle**<br>**24525 Harper Ave.**<br>**St. Claire Shores, MI 48080** | | - | DATE INCURRED:  **7/2012**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Adversary Case No. 09-58563-TJT**<br>**Eastern District of Michigan**<br>**Non-Dischargeable Debt Pursuant to**<br><br>**Judgment**<br>**Judgment Entered 07/18/2013** | | | | **$75,035.00** |
| ACCT #:  **xx3721**<br>**First Premier Bank**<br>**3820 N Louise Ave.**<br>**Sioux Falls, SD 57107** | | - | DATE INCURRED:  **07/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**In collections with Rushmore Service Center**<br>**Premier Bankcard, LLC** | | | | **$869.42** |
| ACCT #:  **xx8075**<br>**First Premier Bank**<br>**3820 N Louise Ave.**<br>**Sioux Falls, SD 57107** | | - | DATE INCURRED:  **05/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$821.73** |

Sheet no. ____**8**____ of _____**16**_____ continuation sheets attached to          Subtotal >          **$76,726.15**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                   Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x5485**<br>**Flagstar Bank**<br>**ATTN: Bankruptcy Dept**<br>**5151 Corporate Dr.**<br>**Troy, MI 48098** | | - | DATE INCURRED:  **07/2005**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **x1263**<br>**Focus Receivables Management**<br>**P.O. Box 725069**<br>**Atlanta, GA 31139** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Comcast** | | | | **Notice Only** |
| ACCT #:<br>**GE Capital Retail Bank**<br>**ATTN: Bankruptcy**<br>**P.O. Box 960061**<br>**Orlando, FL 32896-0661** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x6802**<br>**GECRB/Flex LC**<br>**ATTN: Bankruptcy**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **06/30/2005**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **9642**<br>**GECRB/JC Penny**<br>**ATTN: Bankruptcy**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **05/01/1997**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **x8505**<br>**Harris County MUD #106**<br>**P.O. Box 684000**<br>**Houston, Texas 77268** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$25.40** |

Sheet no. _____**9**_____ of _____**16**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$25.40**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                          Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | - | DATE INCURRED: **2008 & 2009**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Assessment 08/21/2013** | | | | **$92,795.69** |
| ACCT #:<br>**Internal Revenue Service**<br>**Insolvency Section**<br>**1919 Smith Street Stop 5022 HOU**<br>**Houston, Texas 77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**IRS ACS Support**<br>**P.O. Box 145566**<br>**Cincinnati, OH 45250** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Matt Woehst**<br>**3611 Village Oaks Dr.**<br>**Kingwood, Texas 77339** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Prior lease** | | | | **$17,200.00** |
| ACCT #:  **xxxx2586**<br>**McCarthy Burgess & Wolf**<br>**26000 Cannon Rd.**<br>**Cleveland, OH 44146** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**For Velocity, Inc f/k/a Leads360** | | | | **$4,543.00** |
| ACCT #:  **x9500**<br>**Mercantile Adjustement Bureau**<br>**P.O. Box 9016**<br>**Williamsville, NY 14231** | | - | DATE INCURRED:  **03/2014**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Reliant Energy** | | | | **Notice Only** |

Sheet no. ____**10**____ of _____**16**_____ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$114,538.69**

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x9097**<br>**Merrick Bank**<br>**ATTN: Bankruptcy**<br>**P.O. Box 9201**<br>**Old Bethpage, NY 11804** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9097**<br>**Merrick Bank**<br>**P.O. Box 171379**<br>**Salt Lake City, UT 84117** | | - | DATE INCURRED:  **09/2013**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$1,199.86** |
| ACCT #:<br>**Michigan Department of Treasury**<br>**P.O. Box 30199**<br>**Lansing, MI 48909** | | - | DATE INCURRED:  **2008 & 2009**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**2008 and 2009 Tax Returns**<br>**Tax Assessment 09/25/2013** | | | | **$11,040.83** |
| ACCT #:  **x0090**<br>**Monarch Recovery Management, Inc.**<br>**P.O. Box 21089**<br>**Philadelphia, PA 19114-0589** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for First Premier Bank** | | | | **Notice Only** |
| ACCT #:  **x1697**<br>**MSW Capital, LLC**<br>**c/o Praxis Financial Solutions**<br>**7301 N. Lincoln Ave, Suite 200**<br>**Lincolnwood, IL 60712** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Original Creditor: Credit One Bank**<br>**New Creditor: MSW Capital, LLC**<br>**Collections with Praxis** | | | | **$934.63** |
| ACCT #:  **x0678**<br>**National City/PNC**<br>**6750 Miller Road**<br>**MS BR-YB58-01-3**<br>**Brecksville, OH 44141** | | - | DATE INCURRED:  **03/2001**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**11**____ of _____**16**_____ continuation sheets attached to          Subtotal >    | **$13,175.32** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                              (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                      Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory M. Pompura**                                    Case No. _____
                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8815**<br>**National Credit Adjusters**<br>**P.O. Box 3023**<br>**327 W. 4th Street**<br>**Hutchinson, KS 67504-3023** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Purchased account from Cash Call, Inc.** | | | | $5,074.25 |
| ACCT #:<br>**National Recovery Center**<br>**P.O. Box 25341**<br>**Santa Ana, CA 92799** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collections for Wells Fargo** | | | | **Notice Only** |
| ACCT #:  **xx4231**<br>**Nationstar Mortgage, LLC**<br>**ATTN: Bankruptcy**<br>**350 Highland Dr.**<br>**Lewisville, TX 75067** | | - | DATE INCURRED:  **05/2006**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxx0601**<br>**NCC Business Services**<br>**P.O. Box 24739**<br>**Jacksonville, FL 32241** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for GE Capital** | | | | **Notice Only** |
| ACCT #:  **1697**<br>**NCO Financial Systems**<br>**P.O. Box 60500**<br>**City of Industry, CA 91716** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Credit One Bank** | | | | **Notice Only** |
| ACCT #:  **8300**<br>**Nelson Watson & Associates**<br>**P.O. Box 1299**<br>**Haverhill, MA 01831** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Capital One** | | | | **Notice Only** |

Sheet no. ____**12**____ of _____**16**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$5,074.25**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Oakland County Friend of the Court**<br>**P.O. Box 436012**<br>**Pontiac, MI 48343** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **1697**<br>**Praxis Financial Solutions**<br>**7301 N. Lincoln Ave., Suite 220**<br>**Lincolnwood, IL 60712** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Original Creditor: Credit One**<br>**New Creditor: MSW Capital, LLC**<br>**Collections** | | | | **Notice Only** |
| ACCT #:<br>**ProCollect Incorporated**<br>**P.O. Box 550369**<br>**Dallas, Texas 75355-0369** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Woodland Hills Apartments** | | | | **Notice Only** |
| ACCT #:  **xx4611**<br>**Receivables Management Systems**<br>**7206 Hull Street Rd.**<br>**North Chesterfield, VA 23235** | | - | DATE INCURRED:  **05/2013**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Collecting for Elephant Insurance** | | | | **$51.00** |
| ACCT #:  **9300**<br>**Receivables Management Systems**<br>**P.O. Box 8630**<br>**Richmond, VA 23226** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collection for Elephant Insurance** | | | | **Notice Only** |
| ACCT #:  **5894**<br>**Reliant Energy**<br>**P.O. Box 650475**<br>**Dallas, Texas 75265** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$887.10** |

Sheet no. ____13____ of ____16____ continuation sheets attached to                        Subtotal >        **$938.10**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                                  (Use only on last page of the completed Schedule F.)
                                      (Report also on Summary of Schedules and, if applicable, on the
                                      Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                       Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx0561** <br> **RS Clark And Associates** <br> **12990 Pandora Dr., Suite 150** <br> **Dallas, TX 75238** | | - | DATE INCURRED:  **08/2013** <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Collecting for First Choice Emergency** | | | | **Notice Only** |
| ACCT #:  **3721** <br> **Rushmore Service Center** <br> **P.O. Box 5508** <br> **Sioux Falls, SD 57117** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Collecting for First Premier Bank** <br> **Premier Bankcard, LLC** | | | | **Notice Only** |
| ACCT #: <br> **Speedy Cash** <br> **3611 North Ridge Road** <br> **Wichita, KS 67205-1214** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **SRA Associates, Inc.** <br> **401 Minnetonka** <br> **Hi Nella, NJ 08083** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Collecting for Wells Fargo** | | | | **Notice Only** |
| ACCT #:  **x6381** <br> **SYNCB/Home Design Floorig** <br> **P.O. Box 965036** <br> **Orlando, FL 32896** | | - | DATE INCURRED:  **06/10/2005** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **$0.00** |
| ACCT #:  **x8935** <br> **Target** <br> **P.O. Box 673** <br> **Minneapolis, MN 55440** | | - | DATE INCURRED:  **02/08/2004** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **$0.00** |

Sheet no. ____**14**____ of ____**16**____ continuation sheets attached to                    Subtotal >          **$0.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >

                                            **(Use only on last page of the completed Schedule F.)**

                                            **(Report also on Summary of Schedules and, if applicable, on the**

                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                    Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **433**<br>**Tilton & Tilton**<br>**801 Congress, 4th Floord**<br>**Houston, Texas 77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $2,220.80 |
| ACCT #:  **xxW586**<br>**Toyota Motor Credit**<br>**P.O. Box 8026**<br>**Cedar Rapids, IA 52408** | | - | DATE INCURRED:  **06/2008**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xx2061**<br>**U.S. Bank**<br>**P.O. Box 5227**<br>**Cincinnati, OH 45201** | | - | DATE INCURRED:  **02/2004**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xx6943**<br>**Wells Fargo**<br>**P.O. Box 3569**<br>**Rancho Cucamonga, CA 91729** | | - | DATE INCURRED:  **09/2011**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Prior automobile** | | | | $10,281.09 |
| ACCT #:<br>**Wells Fargo**<br>**P.O. Box 25341**<br>**Santa Ana, CA 92799** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x0563**<br>**WFFNB**<br>**4137 121st Street**<br>**Urbandale, IA 50323** | | - | DATE INCURRED:  **01/2005**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**15**____ of _____**16**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$12,501.89** |
| Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory M. Pompura**                                     Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Woodland Hills Apartments** <br> **3918 Atascocita Rd.** <br> **Humble, Texas 77396** | | - | DATE INCURRED: **2013** <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: <br> **Broken lease** <br> **In collections with ProCollect Inc.** | | | | $2,350.61 |
| ACCT #: **x6794** <br> **Worlds Foremost Bank** <br> **4800 NW 1st Street** <br> **Lincoln, NE 68521** | | - | DATE INCURRED: **11/2000** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**16**___ of ___**16**___ continuation sheets attached to          **Subtotal >**          $2,350.61

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**          $243,854.06
                                                      **(Use only on last page of the completed Schedule F.)**
                                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Gregory M. Pompura**                                    Case No. _____

                                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ford Motor Credit Corporation**<br>Ford Motor Credit<br>P.O. Box 6275<br>Dearborn, MI 48121 | 2013 Ford Fusion<br>Account No. 0309<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Gregory M. Pompura**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory**        **M.**        **Pompura** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:  Describe Employment

1.  **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Mortgage Banker** | |
| Employer's name | | **JPM Chase** | |
| Employer's address | | **1111 Polaris Parkway**<br>Number  Street | Number  Street |
| | | **Columbus        OH    43240**<br>City              State  Zip Code | City            State  Zip Code |
| How long employed there? | | **10 Months** | |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | **$6,400.00** | |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | **$6,400.00** | |

| Debtor 1 | **Gregory** | **M.** | **Pompura** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ............................................................ → | 4. | | **$6,400.00** | |
| **5.** **List all payroll deductions:** | | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | | **$931.92** | |
| 5b. Mandatory contributions for retirement plans | 5b. | | **$0.00** | |
| 5c. Voluntary contributions for retirement plans | 5c. | | **$184.66** | |
| 5d. Required repayments of retirement fund loans | 5d. | | **$0.00** | |
| 5e. Insurance | 5e. | | **$348.46** | |
| 5f. Domestic support obligations | 5f. | | **$0.00** | |
| 5g. Union dues | 5g. | | **$0.00** | |
| 5h. Other deductions. Specify: **See continuation sheet** | 5h.+ | | **$1,795.00** | |
| **6.** Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | | **$3,260.04** | |
| **7.** Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | | **$3,139.96** | |
| **8.** **List all other income regularly received:** | | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | | **$0.00** | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | | |
| 8b. Interest and dividends | 8b. | | **$0.00** | |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | | **$0.00** | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | | |
| 8d. Unemployment compensation | 8d. | | **$0.00** | |
| 8e. Social Security | 8e. | | **$0.00** | |
| 8f. Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | | **$0.00** | |
| 8g. Pension or retirement income | 8g. | | **$0.00** | |
| 8h. Other monthly income. Specify: | 8h.+ | | **$0.00** | |
| **9.** Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | | **$0.00** | |
| **10.** Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | **$3,139.96** + _____ = **$3,139.96** | |

**11.** State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. + **$0.00**

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.

12. **$3,139.96** **Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.
☑ Yes. Explain: **See continuation sheet.**

**Schedule I: Your Income**

Debtor 1  **Gregory**                    **M.**                    **Pompura**                    Case number (if known) _____
          First Name              Middle Name          Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **5h. Other Payroll Deductions (details)** | | |
| **Child Support** | $1,751.00 | |
| **Life Insurance** | $30.00 | |
| **Legal Plan** | $14.00 | |
| Totals: | $1,795.00 | |

**13. Expected increase or decrease within the year after you file this form:**

Debtor's primary income is based on commissions that fluctuate throughout the year.  Schedule I includes the average income per month, based on his regular pay and commissions throughout the year.  When Debtor started this position with Chase, he was not having federal taxes withheld.  This deduction has recently started.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory | M. | Pompura |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 12 | ☑ No / ☐ Yes |
| Son | 8 | ☑ No / ☐ Yes |
| Daughter | 5 | ☑ No / ☐ Yes |
| Daughter | 4 | ☑ No / ☐ Yes |
| | | ☐ No / ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

| | | |
|---|---|---|
| **4.** The rental or home ownership expenses for your residence.<br>Include first mortgage payments and any rent for the ground or lot. | 4. | $575.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | |
| 4d. Homeowner's association or condominium dues | 4d. | |

Debtor 1  **Gregory**            **M.**            **Pompura**            Case number (if known) _____
            First Name            Middle Name            Last Name

**Your expenses**

5.  **Additional mortgage payments for your residence,** such as home equity loans        5.  _____

6.  **Utilities:**

    6a.  Electricity, heat, natural gas        6a.  _____

    6b.  Water, sewer, garbage collection        6b.  _____

    6c.  Telephone, cell phone, Internet, satellite, and        6c.  _____ **$200.00**
        cable services

    6d.  Other.  Specify: _____        6d.  _____

7.  **Food and housekeeping supplies**        7.  _____ **$450.00**

8.  **Childcare and children's education costs**        8.  _____ **$150.00**

9.  **Clothing, laundry, and dry cleaning**        9.  _____ **$55.00**

10.  **Personal care products and services**        10.  _____ **$60.00**

11.  **Medical and dental expenses**        11.  _____ **$90.00**

12.  **Transportation.**  Include gas, maintenance, bus or train        12.  _____ **$400.00**
    fare.  Do not include car payments.

13.  **Entertainment, clubs, recreation, newspapers,**        13.  _____ **$20.00**
    **magazines, and books**

14.  **Charitable contributions and religious donations**        14.  _____

15.  **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance        15a.  _____

    15b.  Health insurance        15b.  _____

    15c.  Vehicle insurance        15c.  _____ **$150.00**

    15d.  Other insurance.  Specify: _____        15d.  _____

16.  **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____        16.  _____

17.  **Installment or lease payments:**

    17a.  Car payments for Vehicle 1    **Car Lease**        17a.  _____ **$350.00**

    17b.  Car payments for Vehicle 2        17b.  _____

    17c.  Other.  Specify: _____        17c.  _____

    17d.  Other.  Specify: _____        17d.  _____

18.  **Your payments of alimony, maintenance, and support that you did not report as**        18.  _____
    **deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**

19.  **Other payments you make to support others who do not live with you.**        19.  _____
    Specify: _____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on**
    **Schedule I: Your Income.**

    20a.  Mortgages on other property        20a.  _____

    20b.  Real estate taxes        20b.  _____

    20c.  Property, homeowner's, or renter's insurance        20c.  _____

    20d.  Maintenance, repair, and upkeep expenses        20d.  _____

    20e.  Homeowner's association or condominium dues        20e.  _____

| Debtor 1 | **Gregory** | **M.** | **Pompura** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**21. Other.** Specify: _____  21. **+** _____

**22. Your monthly expenses.**   Add lines 4 through 21.
The result is your monthly expenses.                                    22.  |  **$2,500.00** |

**23. Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.          23a.  **$3,139.96**

23b.   Copy your monthly expenses from line 22 above.                        23b.  **–** **$2,500.00**

23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                                 23c.  **$639.96**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:
**None.**

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Gregory M. Pompura**                                              Case No.

                                                                          Chapter      **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $18,684.78 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $13,352.64 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $28,081.79 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $243,854.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $3,139.96 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $2,500.00 |
| TOTAL | | 39 | $18,684.78 | $285,288.49 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re **Gregory M. Pompura**                                     Case No.

                                                                 Chapter     **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$18,099.59** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$6,180.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$24,279.59** |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$3,139.96** |
| Average Expenses (from Schedule J, Line 22) | **$2,500.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$8,362.04** |

State the following:

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$8,332.64** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$28,081.79** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$243,854.06** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$252,186.70** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Gregory M. Pompura**                                    Case No. _____

                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**41**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **6/26/2014**_____          Signature  _/s/ Gregory M. Pompura_____
                                                                *Gregory M. Pompura*


Date _____          Signature _____

                                                         [If joint case, both spouses must sign.]


*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **Gregory M. Pompura**                                            Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $45,614.41 | Employment 2014 |
| $53,358.00 | Employment 2013 |
| $173,440.00 [less | Employment 2012 |
| business | Debtor |
| expenses | |
| $104,447] | |

---

None
☐

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $144.00 | Retirement Fund Withdraw 2013 |
| $784.00 | Retirement Fund Withdraw 2012 |
| $1,334.00 | Unemployment 2013 |

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ford Motor Credit Corp | Monthly | $350.00/Month | |
| P.O. Box 6275 | (Last 90 Days) | Lease Payment | |
| Dearborn, MI 48121 | | | |

---

None
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Gregory M. Pompura**                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑ c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Gregory Michael Pompura v. Kelly Jean Pompura-Waters<br><br>Cause No. 2003-687034-DM | Child Support Enforcement | In the 6th Judicial District Court of Oakland County, Michigan | |
| In the Interest of KCP and KRP, Children<br><br>Cause No. 2011-29457 | Suit to Modify the Parent Child Relationship | In the 310th Judicial District Court of Harris County, Texas | Mediated Settlement Agreement |
| Citizens Bank vs. Gregory M. Pompura<br><br>Adversary Case No. 09-06705-TJT | Adversary / Judgment / Garnishment | United States Bankruptcy Court Eastern District of Michigan | Judgment Entered 07/2013<br><br>Garnishment Granted 08/2013 |

---

None
☐ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| First Merit Bank f/k/a Citizens Bank<br>101 N. Washington Ave<br>Saginaw, MI 48607 | 08/28/2013 | $1,144.00<br>Money seized from Debtor's Comerica Checking and Savings Accounts in connection with garnishment (from Adversary Case No. 09-06705 Eastern District of Michigan). |

---

**5. Repossessions, foreclosures and returns**

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None
☑ a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Gregory M. Pompura**                                     Case No. _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☑ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None
☐ | List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Salvation Army | | 11/01/2013 | $50.00 Cash Donation |

---

**8. Losses**

None
☑ | List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None
☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Westbrook Law Firm, PLLC 24 E. Greenway Plaza, Suite 1705 Houston, Texas 77046 | 06/11/2014; 06/26/2014 | $600.00: Ch 13 Legal Fees $310.00: Ch Filing Fee $30.00: Credit Report $25.00: Background Check Fee |
| InCharge Debt Solutions | 06/10/2014 | $25.00 Pre-Filing Credit Counseling |

---

**10. Other transfers**

None
☐ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| John Siedlik Friend | 2011 | 2010 Ford Edge Debtor transferred title to Mr. Siedlik Debtor did not receive any value Mr. Siedlik has paid loan since transfer |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:   **Gregory M. Pompura**                                        Case No. _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None ☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Chase | Checking - Opened by Employer (Chase) | $0.00 Opened and Closed Jan 2014 |

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☐

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 3918 Atasococita Rd #1431 Humble, Texas 77396 | | 08/01/2013 through 12/01/2013 |
| 18246 Enchanted Rock Trail Humble, Texas 77346 | | 12/01/2012 through 05/01/2013 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Gregory M. Pompura**                                        Case No.   _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

**Shaney Pompura, Former Spouse**
**17418 Bear River Lane**
**Humble, Texas 77346**

**Kelly Pompura-Waters, Former Spouse**
**538 Scone Dr.**
**Troy, MI 48098**

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Gregory M. Pompura**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**18. Nature, location and name of business**

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **ELK Finance, LLC** **18246 Enchanted Rock Trail** **Humble, Texas 77346** **xxx-xx-0847** | **Finance Company** | **08/01/2007 through** **12/31/2012** |

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Averill Accounting** **28345 Beck, Suite 101** **Wixom, MI 48393-4733** | **2012 Tax Return** |

---

None ☐

b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | **Audited for:** **2012 Return** **2008 Return** **2009 Return** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Gregory M. Pompura**                                                    Case No. _____

                                                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None ☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

None ☑   **20. Inventories**
a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

None ☑   **21. Current Partners, Officers, Directors and Shareholders**
a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

None ☑   **22. Former partners, officers, directors and shareholders**
a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

None ☑   **23. Withdrawals from a partnership or distributions by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

None ☑   **24. Tax Consolidation Group**
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

None ☑   **25. Pension Funds**
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Gregory M. Pompura**                                   Case No. _____

                                                                                                (if known)


# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 7*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  6/26/2014 _____              Signature ____ /s/ Gregory M. Pompura _____
                                                                             of Debtor        *Gregory M. Pompura*

Date _____              Signature _____
                                                                             of Joint Debtor
                                                                             (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 201B (Form 201B)  (12/09)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Gregory M. Pompura**                                        Case No. _____

                                                                     Chapter _____**13**_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| Gregory M. Pompura | X  /s/ Gregory M. Pompura | 6/26/2014 |
| | Signature of Debtor | Date |
| Printed Name(s) of Debtor(s) | | |
| | X | |
| Case No. (if known) _____ | Signature of Joint Debtor (if any) | Date |

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**Nicholas R. Westbrook**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Nicholas R. Westbrook**
Nicholas R. Westbrook, Attorney for Debtor(s)
Bar No.: 24042141
Westbrook Law Firm, PLLC
24 E. Greenway Plaza, Suite 1705
Houston, Texas 77046
Phone: (281) 888-5581
Fax: (281) 888-5586

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

FB 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.   Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.   The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:    Liquidation  ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Gregory M. Pompura**                                                          CASE NO

                                                                                                    CHAPTER   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Fixed Fee: | **$3,500.00** |
| Prior to the filing of this statement I have received: | | **$600.00** |
| Balance Due: | | **$2,900.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Certain post-filing services, including but not limited to: Motion for Alternate Payment Method; Motion to Extend the Automatic Stay; Motion For Turnover of Property; Motion for Permission to Deviate from the Means Test; Motion to Incur Post-Filing Debt(s); Debtor's Voluntary Motion to Dismiss; Motion to Convert from Chapter 13 Bankruptcy to Chapter 7 Bankruptcy; and Motion for Permission to Move Venue.**

   **Non-basic services noted in the Fixed Fee Agreement.**

   **Postage, Copies, and Faxes.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Gregory M. Pompura**                                            CASE NO

                                                                CHAPTER    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **6/26/2014** | **/s/ Nicholas R. Westbrook** |
| *Date* | *Nicholas R. Westbrook*            Bar No.  24042141 |
| | Westbrook Law Firm, PLLC |
| | 24 E. Greenway Plaza, Suite 1705 |
| | Houston, Texas 77046 |
| | Phone: (281) 888-5581 / Fax: (281) 888-5586 |

 **/s/ Gregory M. Pompura**
**Gregory M. Pompura**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Gregory M. Pompura**                                      CASE NO

                                                                                CHAPTER     **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  6/26/2014 _____        Signature  _/s/ Gregory M. Pompura_____
                                                                        *Gregory M. Pompura*


Date _____        Signature _____

Ad Astra Recovery Services Inc.
8918 W 21st St. N.
Suite 200, PMB 112
Wichita, KS 67205


Advanta Bank Corp.
P.O. Box 31032
Tampa, FL 33631


AFNI, Inc.
1310 Martin Luther King Dr.
P.O. Box 3517
Bloomington, IL 61702-3517


AFNI, Inc.
P.O. Box 78626
Phoenix, AZ 85062


Allied Interstate
P.O. Box 4000
Warrenton, VA 20188


Allied Interstate
7525 West Campus Rd.
New Albany, OH


American Express
P.O. Box 3001
16 General Warren Blvd
Malvern, PA 19355


Attorney General of Texas
ATTN: Child Support Division
P.O. Box 659791
San Antonio, TX 78265-9791


Averill Accounting
28345 Beck Rd.
Wixom, MI 48393

Bank of America
P.O. Box 15168
Wilmington, DE 19850


Bank of America
P.O. Box 982235
El Paso, TX 79998


Bay Area Credit Service
P.O. Box 468269
Atlanta, GA 31146


Brennan & Clark LTD
721 E Madison St.
Villa Park, IL 60181


Butler, Butler & Rowse-Oberle, PLLC
ATTN: Karen Rowse-Oberle
24525 Harper Ave.
St. Claire Shores, MI 48080


Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317


Capital One
26525 N. Riverwoods Blvd.
Mettawa, IL 60045


Capital One
P.O. Box 6492
Carol Stream, IL 60197


Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093

Capital One Bank
ATTN: Bankruptcy Dept.
P.O. Box 30285
Salt Lake City, UT 84130


Capital One/ Best Buy
50 Northwest Point Road
Elk Grove Village, IL 60007


Capital One/Neiman Marcus
26525 N Riverwoods Blvd.
Mettawa, IL 60045


Carson Smithfield, LLC
P.O. Box 9216
Old Bethpage, NY 11804


Cash Call, Inc.
1 City Blvd W.
Orange, CA 92868


CBE Group
1309 Technology Parkway
Cedar Falls, IA 50613


CCB Credit Services
P.O. Box 272
Springfield, IL 62705


Centerpoint
ATTN: Bankruptcy Dept
P.O. Box 1700
Houston, TX 77251


Centerpoint Energy
P.O. Box 2628
Houston, Texas 77252

CFM Emergency Care Specialists
P.O. Box 3401, Dept 5
Houston, Texas 77253


CFM Interest, LTD
d/b/a Texas ER Care
P.O. Box 3401, Dept 10
Houston, Texas 77253


CFM Interests, LTD
d/b/a Texas ER Care
P.O. Box 3401, Dept 10
Houston, Texas 77253


Chase Manhattan Mortgage
P.O. Box 24696
Columbus, OH 43224


Citi Flex
c/o Centralized Bankruptcy
P.O. box 6003
The Lakes, NV 88901


City First Bank
ATTN: Collections
525 Water St.
Port Huron, MI 48060


City of Houston Municipal Court
P.O. Box 4996
Houston, Texas 77210


Comcast
P.O. Box 660618
Dallas, Texas 75266


Conn's
3295 College Street
Beaumont, Texas 77701

Conns Credit Corp
P.O. Box 2358
Beaumont, TX 77704

Convergent Outsourcing, Inc.
800 SW 39th Street
P.O. Box 9004
Renton, WA 98057

Credit Collection Services
Two Wells Ave.
Newton, MA 02459

Credit One
P.O. Box 60500
City of Industry, CA 91716-0500

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193

Credit Protection Associates
ATTN: Bankruptcy
P.O. Box 802068
Dallas, TX 75380

DirecTV
P.O. Box 78626
Phoenix, AZ 85062

DirecTV
1309 Technology Parkway
Cedar Falls, IA 50613

Farmers Insurance Group
P.O. Box 55126
Boston, MA 02205

Fifth Third Bank
ATTN: Bankruptcy Department
1830 East Paris Ave. SE
Grand Rapids, MI 49546


First Choice Emergency
P.O. Box 841047
Dallas, Texas 75284


First Collection Services
10925 Oatter Creek E. Blvd.
Mabelvale, AR 72103


First Collection Services
10925 Otter Creek E Blvd
Mabelvale, AR 72013


First Merit Bank f/k/a Citizens Bank
328 S Saginaw St.
Flint, MI 48502


First Merit Bank f/k/a Citizens Bank
c/o Attorney Karen Rowse-Oberle
24525 Harper Ave.
St. Claire Shores, MI 48080


First Premier Bank
3820 N Louise Ave.
Sioux Falls, SD 57107


Flagstar Bank
ATTN: Bankruptcy Dept
5151 Corporate Dr.
Troy, MI 48098


Focus Receivables Management
P.O. Box 725069
Atlanta, GA 31139

```
Ford Motor Credit Corporation
P.O. Box 6275
Dearborn, MI 48121


Ford Motor Credit Corporation
Ford Motor Credit
P.O. Box 6275
Dearborn, MI 48121


GE Capital / Nationwide Buying Group
ATTN: Bankruptcy
P.O. Box 103104
Roswell, GA 30076


GE Capital Retail Bank
ATTN: Bankruptcy
P.O. Box 960061
Orlando, FL 32896-0661


GECRB/Flex LC
ATTN: Bankruptcy
P.O. Box 103104
Roswell, GA 30076


GECRB/JC Penny
ATTN: Bankruptcy
P.O. Box 103104
Roswell, GA 30076


Harris County MUD #106
P.O. Box 684000
Houston, Texas 77268


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O. Box 145566
Cincinnati, OH 45250
```

```
Internal Revenue Service
Insolvency Section
1919 Smith Street Stop 5022 HOU
Houston, Texas 77002


IRS ACS Support
P.O. Box 145566
Cincinnati, OH 45250



Kelly Pompura-Waters
538 Scone Dr.
Troy, MI 48098



Linebarger Goggan Blair & Sampson, LLP
1300 Main Street, Suite 425
Houston, Texas 77002



Matt Woehst
3611 Village Oaks Dr.
Kingwood, Texas 77339



McCarthy Burgess & Wolf
26000 Cannon Rd.
Cleveland, OH 44146



Mercantile Adjustement Bureau
P.O. Box 9016
Williamsville, NY 14231



Merrick Bank
ATTN: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804


Merrick Bank
P.O. Box 171379
Salt Lake City, UT 84117
```

Michigan Department of Treasury
P.O. Box 30199
Lansing, MI 48909


Michigan State Disbursement Unit
ATTN: Child Support
P.O. Box 30350
Lansing, MI 48909-7850


Monarch Recovery Management, Inc.
P.O. Box 21089
Philadelphia, PA 19114-0589


MSW Capital, LLC
c/o Praxis Financial Solutions
7301 N. Lincoln Ave, Suite 200
Lincolnwood, IL 60712


National City/PNC
6750 Miller Road
MS BR-YB58-01-3
Brecksville, OH 44141


National Credit Adjusters
P.O. Box 3023
327 W. 4th Street
Hutchinson, KS 67504-3023


National Recovery Center
P.O. Box 25341
Santa Ana, CA 92799


Nationstar Mortgage, LLC
ATTN: Bankruptcy
350 Highland Dr.
Lewisville, TX 75067


NCC Business Services
P.O. Box 24739
Jacksonville, FL 32241

NCO Financial Systems
P.O. Box 60500
City of Industry, CA 91716


Nelson Watson & Associates
P.O. Box 1299
Haverhill, MA 01831


Oakland County Friend of the Court
P.O. Box 436012
Pontiac, MI 48343


Praxis Financial Solutions
7301 N. Lincoln Ave., Suite 220
Lincolnwood, IL 60712


ProCollect Incorporated
P.O. Box 550369
Dallas, Texas 75355-0369


Receivables Management Systems
7206 Hull Street Rd.
North Chesterfield, VA 23235


Receivables Management Systems
P.O. Box 8630
Richmond, VA 23226


Reliant Energy
P.O. Box 650475
Dallas, Texas 75265


RS Clark And Associates
12990 Pandora Dr., Suite 150
Dallas, TX 75238

Rushmore Service Center
P.O. Box 5508
Sioux Falls, SD 57117


Shaney Pompura
17418 Bear River Lane
Humble, Texas 77346


Speedy Cash
3611 North Ridge Road
Wichita, KS 67205-1214


SRA Associates, Inc.
401 Minnetonka
Hi Nella, NJ 08083


SYNCB/Home Design Floorig
P.O. Box 965036
Orlando, FL 32896


Target
P.O. Box 673
Minneapolis, MN 55440


Tilton & Tilton
801 Congress, 4th Floord
Houston, Texas 77002


Toyota Motor Credit
P.O. Box 8026
Cedar Rapids, IA 52408


U.S. Bank
P.O. Box 5227
Cincinnati, OH 45201

```
Wells Fargo
P.O. Box 3569
Rancho Cucamonga, CA 91729


Wells Fargo
P.O. Box 25341
Santa Ana, CA 92799


Westbrook Law Firm, PLLC
24 E. Greenway Plaza, Suite 1705
Houston, Texas 77046


WFFNB
4137 121st Street
Urbandale, IA 50323


Woodland Hills Apartments
3918 Atascocita Rd.
Humble, Texas 77396


Worlds Foremost Bank
4800 NW 1st Street
Lincoln, NE 68521
```